Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, CA 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUNI CHOVET, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEL TACO, LLC, a California Limited Liability Company; and DOES 1 through 10,<br><br>Defendants. | Case No.<br><br>**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br><u>Jury Trial Demanded</u> |

Plaintiff Auni Chovet, through counsel, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1.     This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

2.     This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3.     Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.     Plaintiff AUNI CHOVET ("CHOVET") is a professional musician residing in Los Angeles, California who promotes her music by, *inter alia*, including certain of her songs to Instagram and Facebook's "Music Library".

5.     Plaintiff is informed and believes and thereon alleges that Defendant DEL TACO, LLC ("DEL TACO") is a California Limited Liability Company with its primary place of business located at 25521 Commercentre Dr #200 Lake Forest, CA 92630-8872, and is the owner of the website at https://www.instagram.com/deltaco/.

6.     Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7.     Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of

1   each violation of Plaintiff's rights and the damages to Plaintiff proximately caused
2   thereby.

### CLAIMS RELATED TO THE INFRINGEMENT

4       8.      CHOVET created and owns the copyright in an original song entitled
5   "Twinkling Lights", which was registered with the United States Copyright Office
6   on December 26, 2021, under Registration Number SR 916-350.

7       9.      CHOVET created and owns the copyright in derivative of "Twinkling
8   Lights" entitled "Twinkling Lights (Reimagined)", which was registered with the
9   United States Copyright Office on November 28, 2023, under Registration Number
10  SR 982-376. ("Twinkling Lights" and "Twinkling Lights (Reimagined)" are
11  hereinafter collectively referred to as "the Song").

12      10.     CHOVET, through her distributor, distribted "Twinkling Lights" and
13  "Twinkling Lights (Reimagined)" through the Instagram Music Library. Artists
14  like CHOVET add their music to the Instagram Music Library to get exposure for
15  those songs, often in the hopes of generating paid licenses for their commercial
16  uses.

17      11.     At the time of the infringement, Meta's Terms of Service made clear
18  that it only authorizes personal non-commercial use of songs in the music library
19  by Instagram users, with commercial uses needing to secure appropriate
20  permission from the artists. See, e.g., Music Guidelines
21  (https://www.facebook.com/legal/music_guidelines?paipv=0&eav=AfaZA2WtCc
22  Kp2KfLfp8hWESYKqRAEZviFiPm1riw7BUTnHlJz7gIHHWmPRl-
23  VHsyA5k&_rdr) ("Use of music for commercial or non-personal purposes in
24  particular is prohibited unless you have obtained appropriate licenses."), and Music
25  on Instagram | Instagram Help Center
26  (https://help.instagram.com/402084904469945/) ("our agreements with rights
27  holders are intended to enable personal, non-commercial uses of music.")

28

1    12.    "Twinkling Lights" proved to be an extremely popular song, with

2   "Twinkling Lights (Reimagined)" alone being used in 1.6 million Instagram reels.

3    13.    Following her publication of "Twinkling Lights" and "Twinkling

4   Lights (Reimagined)" in Instagram's Music Library, DEL TACO, Doe Defendants,

5   and each of them used the Song without authorization in commercial posts,

6   including at https://www.instagram.com/deltaco/.

7    14.    Due to Defendants', and each of their, acts of infringement, Plaintiff

8   has suffered damages in an amount to be established at trial.

9    15.    Due to Defendants', and each of their, acts of copyright infringement

10   as alleged herein, Defendants, and each of them, have obtained profits they would

11   not otherwise have realized but for their infringement of the Song. As such,

12   Plaintiff is entitled to disgorgement of Defendants', and each of their, profits

13   attributable to the infringement of the song in an amount to be established at trial.

14    16.    Plaintiff is informed and believes and thereon alleges that

15   Defendants, and each of them, have committed copyright infringement with actual

16   or constructive knowledge of Plaintiff's rights such that said acts of copyright

17   infringement were, and continue to be, willful, intentional and malicious.

## PRAYER FOR RELIEF

19   Wherefore, Plaintiff prays for judgment as follows:

20    a.    That Defendants, each of them, their respective agents, and anyone

21         acting in concert with Defendants and/or their agents, be enjoined

22         from copying, displaying, publishing, reproducing, transmitting,

23         distributing, creating derivative works of, and/or otherwise using the

24         Plaintiff's songs "Twinkling Lights" and "Twinkling Lights

25         Reimagined";

26    b.    That Plaintiff be awarded all profits of Defendants, and each of them,

27         plus all losses of Plaintiff, the exact sum to be proven at the time of

28

trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.


Dated: March 18, 2024                    DONIGER / BURROUGHS

                              By:    */s/ Stephen M. Doniger*
                                     Stephen M. Doniger, Esq.
                                     Benjamin F. Tookey, Esq.
                                     *Attorneys for Plaintiff*

COMPLAINT